David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
        Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JUL 13 AM II: 52

DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

In re:

JAKE THOMAS,

Debtor(s)

Bankruptcy No. 08-26130
(Chapter 7)
Judge R. Kimball Mosier

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---------|--------------------------------|------------|
|         | Stick-It<br>996 W. Country Lane<br>Farmington, UT 84027 | $2.53 |
|         | Cobblecreek Electric Inc.<br>Bostwick & Price<br>139 E. South Temple Ste 320<br>Salt Lake City, UT 84111 | $2.21 |

A check in the amount of $4.74 representing said funds is payable to the United States

Bankruptcy Court, and is attached hereto.

DATED this ___ day of July, 2011

DAVID L. MILLER
Chapter 7 Trustee